IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE MARIE GOMEZ-SHELTON, | No. C 05-mc-80209 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| SOCIAL SECURITY ADMINISTRATION OFFICE OF THE INSPECTOR GENERAL, | |
| Defendant. / | |

Upon review, this miscellaneous action appears to concern the same parties, transactions and events as *Yvonne Marie Gomez-Shelton v. Social Security Administration Office of the Inspector General*, Case No. 05-mc-80177 MJJ. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Martin J. Jenkins for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: October 4, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE