IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YVONNE MARIE GOMEZ-SHELTON,　　　　　　No. C05-80177 MJJ

　　　　Plaintiff,　　　　　　　　　　　　**ORDER RE STATUS STATEMENT**

　　v.

SOCIAL SECURITY ADMINISTRATION,

　　　　Defendant.
_____/

　　Upon reviewing the docket in this matter, the Court notes that there has been a period of inactivity. To ensure the progress and resolution of this matter, the Court directs the parties to file a joint statement detailing the current status of this action. The parties shall file the statement within (14) fourteen days of the filing date of this Order. If, upon reviewing the parties' statement, the Court finds action, or a hearing, necessary, it will contact the parties.

**IT IS SO ORDERED.**

Dated: April 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE