**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE MARIE GOMEZ-SHELTON | RELATED CASES |
| Plaintiff, | No. C 05-80177-MISC PJH |
| v. | |
| SOCIAL SECURITY ADMINISTRATION | **ORDER OF DISMISSAL** |
| Defendant. | |
| _____ | |
| YVONNE MARIE GOMEZ-SHELTON, | |
| Plaintiff, | No. C 05-80209-MISC PJH |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |
| _____/ | |

The above-entitled miscellaneous matters were filed by plaintiff Yvonne Marie Gomez-Shelton on July 28, 2005, and September 7, 2005, respectively.  On October 20, 2005, the two matters were found to be related.  The docket reflects no proof of service on the defendant in either case.

On April 4, 2008, the court ordered the filing of a joint statement detailing the current status of each matter, no later than April 18, 2008.  No statement having been filed, the

court finds that the matters must be dismissed pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. The clerk is ordered to close the file.

**IT IS SO ORDERED.**

Dated: April 21, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge